BERENDT *v.* RIPPS.

</div>

FISH, P. J.    In a suit upon an absolute and unconditional promissory note, the
court, in the absence of an issuable plea filed under oath, rendered an abso-
lute judgment for the plaintiff, agreeing at the time, however, to open the
judgment if the defendant would, within ten days thereafter, file ''a suf_
ficient answer in law to said suit,'' and within the time the defendant filed
a plea which sought to vary the terms of the note, by engrafting upon it a
condition made by a parol contemporaneous agreement, and thereupon
moved to open the judgment.    *Held*, that there was no error in refusing to
grant the motion.    Civil Code, § 3675, par. 1.

<div align="center">

*Judgment affirmed.    All the Justices concur.*

Argued April 11, — Decided May 13, 1904.

</div>

Complaint.    Before Judge Norwood.    City court of Savannah. December 1, 1903.

*W. H. Boyd* and *Twiggs & Oliver*, for plantiff in error.
*George W. Owens*, contra.